# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LEONARD G. CISNEROS, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                    Defendant. | Case No. 5:16-cv-00084  NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

    In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Paul S. Grewal to determine whether it is related to 5:13-cv-05020 PSG, Leonard G. Cisneros, et al. v. Wells Fargo Bank, N.A.

    IT IS SO ORDERED.

    Date:  January 8, 2016

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 16-cv-00084 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES