1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    LEONARD G CISNEROS, et al.,            Case No. 5:16-cv-00084-PSG

8                    Plaintiffs,            **ORDER GRANTING MOTION TO**
                                            **DISMISS**
9           v.
                                            **(Re:  Docket No. 18)**
10   WELLS FARGO BANK, N.A.,

11                   Defendant.

12

13          Defendant Wells Fargo Bank, N.A. moves to dismiss Plaintiffs Leonard G. Cisneros and

14   Gretel R. Cisneros' first amended complaint.[1]  Wells Fargo's motion to dismiss is GRANTED,

15   with leave to amend.[2]

16          The heart of Plaintiffs' allegations is they and Wells Fargo had a deal, and Wells Fargo

17   didn't hold up its side of the bargain.  Plaintiffs allege that pursuant to a settlement agreement,

18   they submitted a loan modification application to Wells Fargo, and Wells Fargo never sent them

19   an "actual final written determination of eligibility for this modification."[3]  But Wells Fargo has

20   submitted copies of letters that it sent to Plaintiffs denying their loan modification application,

21   however,[4] and Plaintiffs agree that the court can consider these documents.[5]  The letters indicate

---

[1] *See* Docket No. 18.

[2] Dismissal without leave to amend is only appropriate if it is clear that the complaint could not be saved by amendment.  *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2003).

[3] Docket No. 15 at ¶ 22.

[4] *See* Docket No. 19-1 at Ex. B.

United States District Court
Northern District of California

that Wells Fargo reviewed and denied both Plaintiffs' loan modification application and also Plaintiffs' appeal from that denial.

At a hearing today, Plaintiffs did not deny receiving the letters, but argued that the letters are insufficient because they do not comply with the content requirements for a "final written determination." Plaintiffs did not allege that in their first amended complaint, however. Because the letters show that the Plaintiffs were notified in writing of their ineligibility for a loan modification, Wells Fargo's motion to dismiss is GRANTED, with leave to amend. Any amended complaint shall be filed within 30 days.

**SO ORDERED.**

Dated: May 10, 2016

PAUL S. GREWAL
United States Magistrate Judge

United States District Court
Northern District of California

---

[5] Plaintiffs initially opposed Wells Fargo's request for judicial notice of the letters, but agreed at oral argument that the court could consider them. *See* Docket Nos. 32, 44.

Case No. 5:16-cv-00084-PSG
ORDER GRANTING MOTION TO DISMISS